Matter of Howard v New York City Police Dept. (2024 NY Slip Op 06155)

Matter of Howard v New York City Police Dept.

2024 NY Slip Op 06155

Decided on December 10, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 10, 2024

Before: Renwick, P.J., Friedman, Shulman, Pitt-Burke, Rosado, JJ. 

Index No. 100332/23 Appeal No. 3215 Case No. 2024-01705 

[*1]In the Matter of Michael Howard, Petitioner-Appellant,
v
New York City Police Department, Respondent-Respondent.

Michael Howard, appellant pro se.
Muriel Goode-Trufant, Acting Corporation Counsel, New York (Elizabeth I. Freedman of counsel), for respondent.

Judgment, Supreme Court, New York County (Judy H. Kim, J.), entered on or about October 4, 2023, denying the petition to annul respondent's determination, dated January 12, 2023, which denied petitioner's administrative appeal of a determination that petitioner claims denied him access to video footage requested pursuant to the Freedom of Information Law (FOIL), and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.
The court correctly denied the petition, finding that it was moot or academic in light of respondent's production of the requested materials (see Matter of Taylor v New York City Police Dept. FOIL Unit, 25 AD3d 347, 347 [1st Dept 2006]).
We have considered petitioner's remaining arguments and find them unavailing.THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 10, 2024